IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | |
| v. | * | |
| | * | CRIMINAL NO. 09-00201-CG |
| HERMAN REECE "SCOOTER" ODOM | * | |
| | * | |

**FINAL JUDGMENT OF FORFEITURE**

**WHEREAS**, on November 19, 2009, a Plea Agreement was entered by Defendant, **HERMAN REECE "SCOOTER" ODOM**, and the United States of America, which Plea Agreement provided that the Defendant, **HERMAN REECE "SCOOTER" ODOM**, would enter a plea of guilty to Count Four of the Indictment filed by the United States Attorney, charging him with illegal possession of pseudoephedrine, a listed chemical with the intent to manufacture methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code §841(c)(1). The defendant agreed in the Plea Agreement to immediately forfeit to the United States all of the defendant's right, title, and interest to all property which is set forth in Count Six of the Indictment and which is forfeitable to the United States pursuant to Title 21 United States Code, Section 853. Pursuant to that Plea Agreement the defendant also agreed to execute any and all paperwork to facilitate and expedite the forfeiture of the property and agreed and consented that the Order of Forfeiture in this case would become final as to the defendant at any time after the guilty plea and before his sentencing in accordance with Federal

1

Rules of Criminal Procedure 32.2(b)(3).  Pursuant to the Plea Agreement, Defendant, **HERMAN REECE "SCOOTER" ODOM**, agreed to and confessed to forfeit the following property:

> **(1) One Thousand one hundred eighty-six dollars ($1,186.00) in United States currency seized from the defendant on August 31, 2009.**

**WHEREAS,** the defendant entered a guilty plea to count four of the indictment on November 19, 2009, and was sentenced on March 3, 2010; and

**WHEREAS,** the United States properly published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property for 30 consecutive days starting March 12, 2010, on www.forfeiture.gov,  A Proof of Publication was filed on April 20, 2010, (Doc. 45), specifying the details of this publication.  No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C., § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to the United States of America pursuant to Title 21, United States Code, Section 841(a)(1) and 853, and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

> **(1) One Thousand one hundred eighty-six dollars ($1,186.00) in United States currency seized from the defendant on August 31, 2009.**

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward

four (4) certified copies of this Order to Assistant United States Attorney George F. May.

**DONE** and **ORDERED** this 13th day of May, 2010.

/s/ Callie V. S. Granade  
UNITED STATES DISTRICT JUDGE